**SO ORDERED.**

**SIGNED this 20 day of September, 2016.**



_____

**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

| | | |
|---|---|---|
| Michael J. Mitchell, | ) | Case No. 10-31441 |
| Janet E. Mitchell, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ACS Primary Care Phys, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael J. Mitchell, | ) | |
| Janet E. Mitchell, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER GRANTING MOTION TO REOPEN CASE
FOR LIMITED PURPOSE OF REDACTION/RESTRICTION

ACS Primary Care Phys ("Creditor") having filed a Motion to Reopen Case for Limited Purpose of Redaction/Restriction, and the Debtors, Attorney for Debtors, Trustee, and U.S. Trustee having been served with copies of such motion, Notice of Requirement of

Response, and this order, with no response having been timely filed, and for good cause shown;

IT IS HEREBY ORDERED:

      1. That the Motion to Reopen Case for Limited Purpose of Redaction/Restriction ("Doc 52") is GRANTED; and

      2. The case shall be re-opened for the sole purpose of permitting Creditor to file motion(s) to redact and implement the relief requested therein.

      3. The Chapter 13 Trustee shall not be reappointed as there are no additional assets to be administered in this case.

      4. Court Clerk is authorized and directed to re-close this case immediately upon completion of the relief requested in the motion(s) to redact.

[END OF DOCUMENT]

APPROVED FOR ENTRY:

/s/ Stephen H. Block
Stephen Block, Attorney for
ACS Primary Care Phys
GA Bar No. 063750

Barrett Daffin Frappier Levine & Block, LLP
780 Johnson Ferry Road, Suite 240
Atlanta, Georgia 30342
(404) 231-4567
(404) 231-4618 (fax)
shblock@bdfgroup.com

## PARTIES TO BE SERVED

Michael J. Mitchell
Janet E. Mitchell
3648 Old Monroe Madison Highway
Madison, Georgia 30650

Christopher R. Morgan
Morgan and Morgan
1090-C Founders Boulevard
Athens, Georgia 30606

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, Georgia 31202

Guy G. Gebhardt
United States Trustee
Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, Georgia 30303

Office of The United States Trustee
440 Martin Luther King Boulevard, Suite 302
Macon, Georgia 31201

Stephen H. Block
Barrett Daffin Frappier Levine & Block, LLP
780 Johnson Ferry Road, Suite 240
Atlanta, Georgia 30342